1  Daniel S. Mount, Esq. (State Bar No. 77517)
   Kathryn G. Spelman, Esq. (State Bar No. 154512)
2  On Lu, Esq. (State Bar No. 242693)
   Dan Fingerman, Esq. (State Bar No. 2~~~~)
3  Kevin Pasquinelli, Esq. (State Bar ~~~46985)
   MOUNT & STOELKER, P.C.
4  333 West San Carlos Street, Suite 1650
   San Jose, CA 95110
5  Tel: (408) 279-7000
   Fax: (408) 998-1473
6
7  Attorneys for Plaintiff
   TOPOWER COMPUTER INDUSTRIAL CO., LTD.
8

ORIGINAL
FILED

08 JUL 25 PM 2: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR

9

10

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
E333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

11

12  TOPOWER COMPUTER INDUSTRIAL
    CO., LTD.
13
             Plaintiff,
14
    vs.
15
    XION, INC. aka AXPERTEC, INC.;
16  KWI TECHNOLOGY, INC.;
    HIGH   PERFORMANCE   ENTERPRISE,
17  PLC   d/b/a/   HIGH   PERFORMANCE
    GROUP   aka   HIPER   GROUP;   HIGH
18  PERFORMANCE   GROUP,   INC.   d/b/a
    HIGH   PERFORMANCE   GROUP   aka
19  HIPER    GROUP;    SUPER-FLOWER
    COMPUTER, INC.
20
             Defendants.
21

Civil Case No.:

# C08 03584 BZ

**TOPOWER'S COMPLAINT FOR
PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

22      Topower Computer Industrial Co., Ltd. ("Plaintiff" or "Topower") brings this action against

23  Xion, Inc. aka Axpertec, Inc. ("Xion"), KWI Technology, Inc. ("Kingwin USA"), High Performance

24  Enterprise PLC d/b/a High Performance Group aka Hiper Group ("HiperUK"), and High

25  Performance Group, Inc. d/b/a High Performance Group aka Hiper Group ("HiperUSA")

26  (collectively "HIPER"), and Super-Flower Computer Inc. ("SuperFlower"); collectively

27  "Defendants", and alleges, on personal knowledge as to its own activities, and on information and

28  belief as to the activities of others, as follows:

1

**THE PARTIES**

2    1.    Topower is company organized under the laws of Taiwan, with its principal place of

3    business at 7F, No. 7, Lane 235, Pao Chiao Rd., Xindian City, Taipei Hsien, Taiwan, R.O.C.

4    Topower manufactures and sells computer components, specializing in power supplies.

5    2.    Upon information and belief Defendant Xion (business alias Axpertec, Inc.) is a

6    company organized under the laws of the State of CA with its principal place of business at 201

7    Lemon Creek Drive, #B, Walnut, CA 91789.  Xion manufactures, sells for importation, imports

8    and/or sells after importation into the United States power supplies, PC Cases, and other PC

9    components throughout the United States, including the Northern District of California, through

10   distributors and retailers such as newegg.com, tigerdirect.com, mwave.com, directron.com,

11   computerelite.net, Lasertech Computer Distributor, EBC Computer Distributor, AZZA Technology

12   Inc. Distributor, Fry's Electronics, Microcenter, ZipZoomFly, Xioxide, Ibuypower, Cyberpower, and

13   Aeoncraft.

14   3.    Upon Information and belief Defendant Kingwin USA is a company organized under

15   the laws of the State of CA with its principal place of business at 4020 Valley Blvd., Unit 100,

16   Walnut, CA 91789. Kingwin manufactures, sells for importation, imports and/or sells after

17   importation into the United States computer components and accessories, including power supplies,

18   racks, chassis, cooling products, cables, and adaptors throughout the United States, including the

19   Northern District of California, through distributors, retailers, and online stores such as Amax

20   (Fremont, CA) Mighty Micro (Fremont, CA), Atronex Technologies, AxionTech.com, Fulgo, Davies

21   Computer Solutions, Productive Edge and FMcomputerwarehouse; Amazon.com, Aeocooler

22   (Walnut, CA), Ajump.com (Fremont, CA) Allstarshop.com (CA), Atacom.com (Fremont, CA),

23   AxionTech.com, BuyPCDirect.com, CompUSA, EEbuy.dom (Fremont, CA), Excaliberpc.com

24   (Newark, CA), Fry's Electronics (San Jose, CA), and many others.

25   4.    Upon information and belief Defendant Hiper UK is a company organized under the

26   laws of the United Kingdom with its principle place of business at Unit 1, The I/O Centre, Fingle

27   Drive, Milton Keynes, MK13 OAT, United Kingdom. Hiper UK manufactures, sells for importation,

28   imports and/or sells after importation into the United States computer components, including power

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
E333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

1  supplies, cases, fans, keyboards and cables throughout the United States, including the Northern

2  District of California, through online distributors such as newegg.com, performance-pcs.com,

3  element-tech.co.uk, Light Computer Systems, saveabuck.com, and cio.co.uk.

4      5.     Upon information and belief Defendant Hiper USA is a company organized under the

5  laws of the state of California, with its principle place of business at Foster City Executive Park, 551

6  Foster City Blvd., Ste. D, San Mateo, CA 94404. Hiper USA manufactures, sells for importation,

7  imports and/or sells after importation into the United States computer components and accessories,

8  including power supplies cases, fans, keyboards and cables throughout the United States, including

9  the Northern District of California, through online distributors such as newegg.com, performance-

10  pcs.com, element-tech.co.uk, Light Computer Systems, saveabuck.com, and cio.co.uk.

11      6.     Upon information and belief Defendant SuperFlower is a company organized under

12  the laws of the Taiwan, with its principle place of business at 7F, No.649-1, Chung-Cheng Road,

13  Hsin-Chuang City, Taipei Hsein, 242 Taiwan. SuperFlower manufactures, sells for importation,

14  imports and/or sells after importation into the United States computer components and accessories,

15  including power supplies cases, fans, keyboards and cables throughout the United States, including

16  the Northern District of California. SuperFlower sells through online distributors such as

17  maxdistribution.com; resellers such as Direction.com, Axiontech.com, and buyPCW.com; and system

18  builders such as Prime Systems.

19

20  **JURISDICTION AND VENUE**

21      7.     This is an action for patent infringement under 35 U.S.C. §§ 1 *et seq.* This Court has

22  subject matter jurisdiction in this matter pursuant to the following:

23          a.     28 U.S.C. § 1331, this action arising under the laws of the United States;

24          b.     28 U.S.C. § 1338(a), this action alleges a claim of patent infringement arising

25  under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*

26      8.     Personal jurisdiction and venue is proper in this Court under 28 U.S.C. §§ 1391(c) and

27  1400(a) and (b) in that Defendant has committed acts of patent infringement in this judicial district,

28

sold its products to persons in this judicial district, and a substantial part of the events giving rise to Topower's claims occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

9.      Topower is the owner by assignment of United States Patent No. 7,063,549 ("'549 Patent"). The '549 Patent was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on June 20, 2006. A true and correct copy of the '549 Patent is attached as Exhibit A.

10.     The '549 Patent is valid and enforceable.

11.     The '549 Patent describes and claims an electrical connection assembly for power supplies.

12.     Defendants manufacture, sell for importation, import and/or sell after importation into the United States, including the Northern District of California, power supplies that infringe the '549 Patent.

## COUNT I: XION'S PATENT INFRINGEMENT

### (35 U.S.C. § 271)

13.     Plaintiff repeats and incorporates herein by reference each and every allegation contained above as though set forth herein.

14.     Upon information and belief Xion manufactures, sells for importation, imports and/or sells after importation into the United States, including the Northern District of California, power supplies through the distributors, retailers, and online stores detailed above.

15.     Xion, in violation of 35 U.S.C. § 271, has and is manufacturing, importing, selling, and offering for sale in the United States power supplies that are covered by one or more claims of the '549 Patent.

16.     By manufacturing, importing, selling, and offering for sale power supplies, Xion has committed direct, contributory, and inducement of infringement of one or more claims of the '549 Patent. Unless enjoined by this Court, Xion will continue to infringe the '549 Patent.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

17. Upon information and belief, Xion has willfully infringed the '549 Patent, making this an exceptional case and justifying the assessment of treble damages under 35 U.S.C. § 284 and attorneys' fees under 35 U.S.C. § 285.

18. As a proximate result of Xion's act of patent infringement, Topower has sustained and – unless this Court intervenes to restrain Xion's conduct – Topower will continue to sustain great and irreparable injury. Topower has no adequate remedy at law for these injuries.

19. Topower is entitled to recover from Xion the damages it has sustained and will continue to sustain as a result of Xion's wrongful acts as hereinabove alleged. The amount of such damages cannot be determined at this time. Topower is further entitled to recover from Xion the gains, profits, and advantages it has obtained as a result of its wrongful acts as hereinabove alleged.

20. Topower is entitled to an injunction restraining Xion, its officers, agents, and employees, and all persons acting in concert with it, from engaging in further such acts in violation of patent laws.

## COUNT II: KINGWIN USA'S PATENT INFRINGEMENT

## (35 U.S.C. § 271)

21. Plaintiff repeats and incorporates herein by reference each and every allegation contained above as though set forth herein.

22. Upon information and belief Kingwin USA manufactures, sells for importation, imports and/or sells after importation into the United States, including the Northern District of California, power supplies through the distributors, retailers, and online stores detailed above.

23. Kingwin USA, in violation of 35 U.S.C. § 271, has and is manufacturing, importing, selling, and offering for sale in the United States power supplies that are covered by one or more claims of the '549 Patent.

24. By manufacturing, importing, selling, and offering for sale power supplies, Kingwin USA has committed direct, contributory, and inducement of infringement of one or more claims of the '549 Patent. Unless enjoined by this Court, Kingwin USA will continue to infringe the '549 Patent.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

1    25.    Upon information and belief, Kingwin USA has willfully infringed the '549 Patent,

2    making this an exceptional case and justifying the assessment of treble damages under 35 U.S.C. §

3    284 and attorneys' fees under 35 U.S.C. § 285.

4    26.    As a proximate result of Kingwin USA's act of patent infringement, Topower has

5    sustained and – unless this Court intervenes to restrain Kingwin USA's conduct – Topower will

6    continue to sustain great and irreparable injury. Topower has no adequate remedy at law for these

7    injuries.

8    27.    Topower is entitled to recover from Kingwin USA the damages it has sustained and

9    will continue to sustain as a result of Kingwin USA's wrongful acts as hereinabove alleged. The

10    amount of such damages cannot be determined at this time. Topower is further entitled to recover

11    from Kingwin USA the gains, profits, and advantages it has obtained as a result of its wrongful acts

12    as hereinabove alleged.

13    28.    Topower is entitled to an injunction restraining Kingwin USA, its officers, agents, and

14    employees, and all persons acting in concert with it, from engaging in further such acts in violation of

15    patent laws.

16    ## COUNT III: HIPER UK'S PATENT INFRINGEMENT

17    ### (35 U.S.C. § 271)

18    29.    Plaintiff repeats and incorporates herein by reference each and every allegation

19    contained above as though set forth herein.

20    30.    Upon information and belief Hiper UK manufactures, sells for importation, imports

21    and/or sells after importation into the United States, including the Northern District of California,

22    power supplies through the distributors, retailers, and online stores detailed above.

23    31.    Hiper UK, in violation of 35 U.S.C. § 271, has and is manufacturing, importing,

24    selling, and offering for sale in the United States power supplies that are covered by one or more

25    claims of the '549 Patent.

26    32.    By manufacturing, importing, selling, and offering for sale power supplies, Hiper UK

27    has committed direct, contributory, and inducement of infringement of one or more claims of the

28    '549 Patent. Unless enjoined by this Court, Hiper UK will continue to infringe the '549 Patent.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

33.    Upon information and belief, Hiper UK has willfully infringed the '549 Patent, making this an exceptional case and justifying the assessment of treble damages under 35 U.S.C. § 284 and attorneys' fees under 35 U.S.C. § 285.

34.    As a proximate result of Hiper UK's act of patent infringement, Topower has sustained and – unless this Court intervenes to restrain Hiper UK's conduct – Topower will continue to sustain great and irreparable injury. Topower has no adequate remedy at law for these injuries.

35.    Topower is entitled to recover from Hiper UK the damages it has sustained and will continue to sustain as a result of Hiper UK's wrongful acts as hereinabove alleged. The amount of such damages cannot be determined at this time. Topower is further entitled to recover from Hiper UK the gains, profits, and advantages it has obtained as a result of its wrongful acts as hereinabove alleged.

36.    Topower is entitled to an injunction restraining Hiper UK, its officers, agents, and employees, and all persons acting in concert with it, from engaging in further such acts in violation of patent laws.

### COUNT IV: HIPER USA'S PATENT INFRINGEMENT

### (35 U.S.C. § 271)

37.    Plaintiff repeats and incorporates herein by reference each and every allegation contained above as though set forth herein.

38.    Upon information and belief Hiper USA manufactures, sells for importation, imports and/or sells after importation into the United States, including the Northern District of California, power supplies through the distributors, retailers, and online stores detailed above.

39.    Hiper USA, in violation of 35 U.S.C. § 271, has and is manufacturing, importing, selling, and offering for sale in the United States power supplies that are covered by one or more claims of the '549 Patent.

40.    By manufacturing, importing, selling, and offering for sale power supplies, Hiper USA has committed direct, contributory, and inducement of infringement of one or more claims of the '549 Patent. Unless enjoined by this Court, Hiper USA will continue to infringe the '549 Patent.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

1    41.    Upon information and belief, Hiper USA has willfully infringed the '549 Patent,

2    making this an exceptional case and justifying the assessment of treble damages under 35 U.S.C. §

3    284 and attorneys' fees under 35 U.S.C. § 285.

4    42.    As a proximate result of Hiper USA's act of patent infringement, Topower has

5    sustained and – unless this Court intervenes to restrain Hiper USA's conduct – Topower will continue

6    to sustain great and irreparable injury.  Topower has no adequate remedy at law for these injuries.

7    43.    Topower is entitled to recover from Hiper USA the damages it has sustained and will

8    continue to sustain as a result of Hiper USA's wrongful acts as hereinabove alleged.  The amount of

9    such damages cannot be determined at this time.  Topower is further entitled to recover from Hiper

10    USA the gains, profits, and advantages it has obtained as a result of its wrongful acts as hereinabove

11    alleged.

12    44.    Topower is entitled to an injunction restraining Hiper USA, its officers, agents, and

13    employees, and all persons acting in concert with it, from engaging in further such acts in violation of

14    patent laws.

## COUNT V: SUPERFLOWER'S PATENT INFRINGEMENT

### (35 U.S.C. § 271)

17    45.    Plaintiff repeats and incorporates herein by reference each and every allegation

18    contained above as though set forth herein.

19    46.    Upon information and belief SuperFlower manufactures, sells for importation, imports

20    and/or sells after importation into the United States, including the Northern District of California,

21    power supplies through the distributors, retailers, and online stores detailed above. s

22    47.    SuperFlower, in violation of 35 U.S.C. § 271, has and is manufacturing, importing,

23    selling, and offering for sale in the United States power supplies that are covered by one or more

24    claims of the '549 Patent.

25    48.    By manufacturing, importing, selling, and offering for sale power supplies,

26    SuperFlower has committed direct, contributory, and inducement of infringement of one or more

27    claims of the '549 Patent.  Unless enjoined by this Court, SuperFlower will continue to infringe the

28    '549 Patent.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

49.    Upon information and belief, SuperFlower has willfully infringed the '549 Patent, making this an exceptional case and justifying the assessment of treble damages under 35 U.S.C. §284 and attorneys' fees under 35 U.S.C. § 285.

50.    As a proximate result of SuperFlower's act of patent infringement, Topower has sustained and – unless this Court intervenes to restrain SuperFlower's conduct – Topower will continue to sustain great and irreparable injury.  Topower has no adequate remedy at law for these injuries.

51.    Topower is entitled to recover from Xion the damages it has sustained and will continue to sustain as a result of SuperFlower's wrongful acts as hereinabove alleged.  The amount of such damages cannot be determined at this time.  Topower is further entitled to recover from SuperFlower the gains, profits, and advantages it has obtained as a result of its wrongful acts as hereinabove alleged.

52.    Topower is entitled to an injunction restraining SuperFlower, its officers, agents, and employees, and all persons acting in concert with it, from engaging in further such acts in violation of patent laws.

## PRAYER FOR RELIEF

WHEREFORE, Topower prays for judgment against Defendant as follows:

1.    That the '549 Patent be adjudged to be valid and infringed by Defendants;

2.    That a permanent injunction issue against continued infringement of the '549 Patent by Defendants, its parents, subsidiaries, employees, agents, affiliates, consultants, contractors and all those in privity or acting in concert with them, but not limited to an injunction against the manufacture, importation, use, sale and/or distribution of products that infringes the '549 Patent;

3.    That the Court award Topower compensatory damages in an amount to be determined at trial;

4.    That the Court order Defendants to disgorge its profits and ill-gotten gains;

5.    That Defendants be ordered to pay Topower punitive and exemplary damages in a sum sufficient to punish Defendants, to make an example of it, and to deter it and others from similar wrongdoing;

6.     That the Court find Defendants patent infringement and related improper actions to be willful and award Topower treble damages and attorneys' fees from Defendants.

7.     That the Court award Plaintiff its costs and reasonable attorneys' fees incurred in bringing this action; and

8.     For such other and further relief as the Court deems just and proper.

DATED:  July 25, 2008                           MOUNT & STOELKER, P.C.

By _____
Daniel S. Mount, Esq.
Kathryn G. Spelman, Esq.
On Lu, Esq.
Daniel H. Fingerman, Esq.
Kevin M. Pasquinelli, Esq.
Attorneys for Plaintiff Topower
Computer Industrial Co., Ltd.

**JURY TRIAL**

Topower Computer Industrial Co., Ltd. hereby demands a jury trial for all issues which are so triable.

DATED:  July 25, 2008                           MOUNT & STOELKER, P.C.

By _____
Daniel S. Mount, Esq.
Kathryn G. Spelman, Esq.
On Lu, Esq.
Daniel H. Fingerman, Esq.
Kevin M. Pasquinelli, Esq.
Attorneys for Plaintiff Topower
Computer Industrial Co., Ltd.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
E333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2     Pursuant to Civil Local Rule 3-16, on behalf of Topower Computer Industrial Co., Ltd.

3  the undersigned certifies that the following listed persons, associations or persons, firms,

4  partnerships, corporations, (including parent corporations) or other entities (i) have a financial

5  interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-

6  financial interest in that subject matter or in a party that could be substantially affected by the

7  outcome of this proceeding:

8     Topower Computer Industrial Co., Ltd. has no parent corporation and no publicly traded

9  subsidiaries. Topower Computer USA, Inc. is a subsidiary of Topower with its principal place of

10  business at 18529 East Gale Ave., City of Industry, CA 91748.

11

12  DATED:  July 25, 2008                    MOUNT & STOELKER, P.C.

13

14                                          By _____

15                                          Daniel S. Mount, Esq.
                                            Kathryn G. Spelman, Esq.
16                                          On Lu, Esq.
                                            Daniel H. Fingerman, Esq.
17                                          Kevin M. Pasquinelli, Esq.
                                            Attorneys for Plaintiff Topower
18                                          Computer Industrial Co., Ltd.

19

20

21

22

23

24

25

26

27

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
E333 WEST SAN CARLOS
SAN JOSE, CALIFORNIA 95110-2711
TELEPHONE (408) 279-7000



US007063549B1

(12) **United States Patent**
    Chen

(10) **Patent No.:**    **US 7,063,549 B1**
(45) **Date of Patent:**    **Jun. 20, 2006**

(54) **ELECTRIC CONNECTION ASSEMBLY FOR POWER SUPPLY WITH INTERLOCKING COMPONENTS**

(75) Inventor: **Michael Chen**, Taipei Hsien (TW)

(73) Assignee: **Topower Computer Industrial Co., Ltd.**, Xindian (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/013,476**

(22) Filed: **Dec. 17, 2004**

(51) **Int. Cl.**
    *H04R 13/52*    (2006.01)
    *H04R 13/62*    (2006.01)
    *H04R 4/38*    (2006.01)

(52) **U.S. Cl.** ...................................... **439/277**; 439/320
(58) **Field of Classification Search** ................ 439/589, 439/281, 277, 271, 320
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,963,297 A * 6/1976 Panek et al. ................ 439/204

| | | | | |
|---|---|---|---|---|
| 4,230,390 A | * | 10/1980 | Wells | 439/314 |
| 4,239,325 A | * | 12/1980 | Tyson | 439/314 |
| 4,758,174 A | * | 7/1988 | Michaels et al. | 439/281 |
| 6,135,800 A | * | 10/2000 | Majors | 439/321 |
| 6,585,533 B1 | * | 7/2003 | Sullivan et al. | 439/254 |
| 6,623,289 B1 | * | 9/2003 | Decicco | 439/271 |

* cited by examiner

*Primary Examiner*—Chandrika Prasad
(74) *Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch, LLP

(57)    **ABSTRACT**

The present invention relates to a electric connection assembly of power supply, which comprises a first component connectively installed to the power supply and a second component connectively installed to the power cord, wherein a male and a female connector, which mate each other, are separately installed in the first and the second component, and further, a first securing member and a corresponding second securing member are separately installed in the first and the second component to form a securing mechanism in order to prevent the power cord from being inappropriately dragged, so that the electric engagement is secured and the electric performance is stabilized.

**16 Claims, 6 Drawing Sheets**







Fig.1 PRIOR ART



Fig.2



Fig.3



Fig. 4



Fig.5



Fig.6

US 7,063,549 B1

1

## ELECTRIC CONNECTION ASSEMBLY FOR POWER SUPPLY WITH INTERLOCKING COMPONENTS

### FIELD OF THE INVENTION

The present invention relates to an electric connection assembly of power supply, particularly to an electric connection assembly of power supply, which adopts a design of detachable electric connection, and provides a securing mechanism to enable a power cord to be firmly engaged with the power supply so that the electric performance can be secured.

### BACKGROUND OF THE INVENTION

The power supply, which provides electric power, is one of the most important components in the current electronic products. In addition to the power specification, the capability of the power supply to have a stable electric performance is also a primary consideration of the consumer.

In the technical aspect, each manufacturer of the current power supply has its own achievements in the output power and the appearance design; however, with respect to the power cord, none improved design has been put forward by the related manufacturers yet, and the conventional power cord is apt to make the user troublesome sometimes; the drawbacks thereof are described as follows:

1. The conventional power cord has a plurality of power wires, which exit from the same outlet, as shown in FIG. 1; however, the user needs only part of the power wires ordinarily; thus, the arrangement of the rest of those power wires becomes a troublesome matter; moreover, the interior space of the current computer becomes narrower and narrower, and the high-speed operation of the electronic component, such as CPU, generates a large amount of heat, the rest of those power wires will make the interior space of the computer further narrower, which makes the heat harder to dissipate; thus the computer performance is impaired seriously by the accumulated heat.

2. There is an insert type power cord to improve the abovementioned drawback, wherein an insert socket and an insert plug are separately installed in the power supply and the power cord for electric connection, and the user can connect appropriate numbers of power wires according to the power demand; however, owing the abovementioned narrow interior space of the computer, the power cord is apt to be dragged inadvertently when assembling or disassembling the electronic devices, which will result in the disconnection or the incomplete electric contact, and which will even result in the electric shock to the user; the wearing between the metallic terminals of the insert socket and plug will raise the impedance therebetween, and the power output of the power supply will thus be influenced.

### SUMMARY OF THE INVENTION

The primary objective of the present invention is to provide an electric connection assembly of power supply in order to solve the aforementioned problems. The electric

2

connection assembly of power supply of the present invention provides an effective securing mechanism to prevent the power cord from being dragged by an external force so that the descent of the electric performance induced thereby can be effectively avoided. The electric connection assembly of power supply of the present invention comprises a first component installed in the power supply and a second component installed in the power cord. A male and a female connector, which mate each other and are electrically engaged via an insertion means, are separately installed in the first and the second component. Further, a first securing member and a second securing are separately installed in the first and the second component in order to form a securing mechanism lest the power cord is dragged by the external force and the electric engagement of the male and the female connector be influenced.

Further scope of the applicability of the present invention will become apparent from the detailed description given hereinafter. However, it should be understood that the detailed description and specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various change and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

The present invention will become more fully understood from the detailed description given hereinbelow and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is schematic diagram showing the power cord's connection in the conventional power supply.

FIG. 2 is a schematic pictorial outside view of the present invention.

FIG. 3 is a schematic exploded structure view of the present invention.

FIG. 4 is a schematic sectional assembly view of the present invention.

FIG. 5 is a schematic view showing the electric connection of the power supply and the power cord in the present invention.

FIG. 6 is a schematic embodiment diagram showing electric connection assembly of power supply of the present invention installed in an electronic device.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The detailed description and technical contents of the present invention will be stated below in conjunction with the attached drawings.

Refer to FIG. 2, FIG. 3 and FIG. 5 separately the present invention's pictorial outside view, exploded structure view, and schematic diagram showing that a power cord 20 is electrically coupled to a power supply 10 by the present invention's electric connection assembly of power supply. As shown in the drawings, the present invention's electric connection assembly of power supply is disposed between the power supply 10 and the power cord 20 that is electrically coupled to the power supply 10. The electric connec-

US 7,063,549 B1

3

tion assembly of power supply has a first component **12** connectively installed to the power supply **10** and a second component **21** connectively installed to the power cord **20**; a male connector **121** and a female connector **211**, which mate to electrically connect each other, are installed separately in the first component **12** and the second component **21**. The male connector **121** comprises a plurality of electrical conductive terminals, whose number depends on invention, and the female connector **211** comprises a plurality of insert slots **212** with each having an interior electrical conductive terminal **213** corresponding to the respective electrical conductive terminal of the male connector **121**. The first component **12** and the second component **21** separately have a first securing member **124** and a second securing member **215**, which match to form a securing mechanism. A power-connecting panel **11**, whereon the specifications of the power output can be labeled, is defined on the power supply **10**, and corresponding to the number of the first components **12**, a plurality of installing holes **111** of the same number as the first components **12** are disposed on the power-connecting panel **11**. When assembling, the first components **12** are inserted and installed on the installing holes **111**. The first component **12** has a detent ring **122**; the end of the first component **12** in the interior of the power supply **10** is a fixing end **125**, and a fixing element **126** is disposed on the fixing end **125**; the engaging faces of the fixing element **126** and the fixing end **125** are both circumferentially threaded to screw each other together fixedly so that the first components **12** can be installed on the power supply **10** firmly.

Refer also to FIG. 4. When the user undertakes the electric connection of the power cord **20** and the power supply **10**, firstly the first component **12** is inserted to the second component **21** to join each other together. Owing to the foolproof design of a guide key **123** and a keyway **214** which are separately disposed on the male connector **121** and the female connector **211**, the user can perform the electric engagement of the male connector **121** and the female connector **211** conveniently. The engaging faces of the first securing member **124** and the second securing member **215** are both circumferentially threaded, and the second securing member **215** can movably sleeve the second component **21** and then be screwed to engage with the first securing member **124**; thus, the electric connection is completed.

As shown in FIG. 6, when the power supply **10** and the power cord **20** are disposed in an electronic device **30**, if the user has to assemble or disassemble an electronic element **31**, the power cord **20** is probably to be dragged inadvertently. As the electric connection assembly of power supply of the present invention has the securing mechanism with the first securing member **124** and the second securing member **215**, the male connector **121** and the female connector **211**, though only joined by insertion, will not yet be separated under the external dragging force; thus, the electric engagement of the power supply **10** and the power cord **20** is to be secured. Further, as there is not any wear between the male connector **121** and the female connector **211** induced by the dragging, the electric contact therebetween can be kept so that the power efficiency will be guaranteed.

Those described above are only the preferred embodiments of the present invention, and not intended to limit the scope of the present invention. Any modification and variation according to the claims of the present invention is to be included within the scope of the present invention.

4

What is claimed is:

1. An electric connection assembly of power supply, which is disposed between a power supply and a power cord to electrically connect said power supply and said power cord, said electric connection assembly of power supply comprising a first component connectively installed on said power supply and a second component connectively installed on said power cord, and a male connector and a female connector, which mate each other, separately installed in said first component and said second component, and a first securing member and a second securing member, which match to form a securing mechanism, separately installed in said first component and said second component, the first component being a one-piece, unitary element with an interior face from which the male connector extends and the female connector having a forward side which faces the interior face of the first component when the male and female connectors are mated.

2. The electric connection assembly of power supply according to claim 1, wherein said second securing member is movable over said second component.

3. The electric connection assembly of power supply according to claim 1, wherein the engaging faces of said first securing member and said second securing member are circumferentially threaded.

4. The electric connection assembly of power supply according to claim 1, wherein said male connector further comprises a plurality of electrical conductive terminals, and said female connector comprises a plurality of insert slots with each having an interior electrical conductive terminal corresponding to respective said electrical conductive terminal of said male connector.

5. The electric connection assembly of power supply according to claim 1, wherein a guide key and a corresponding keyway are separately installed in said male connector and said female connector.

6. The electric connection assembly of power supply according to claim 1, wherein the end of said first component in the interior of said power supply is a fixing end, and a fixing element is installed on said fixing end.

7. The electric connection assembly of power supply according to claim 6, wherein the engaging faces of said fixing element and said fixing end are circumferentially threaded.

8. The electric connection assembly of power supply according to claim 1, wherein a power-connecting panel is defined on said power supply, and a plurality of installing holes corresponding to said first components are disposed on said power-connecting panel.

9. The electric connection assembly of power supply according to claim 8, wherein said first component has a detent ring whose external diameter is larger than the diameter of said installing hole.

10. The electric connection assembly of power supply according to claim 1, wherein the interior face of the first component and the forward side of the female connector directly face one another and are free of obstructions therebetween.

11. The electric connection assembly of power supply according to claim 10, further comprising a free space provided between the interior face of the first component and the forward side of the female connector.

12. The electric connection assembly of power supply according to claim 11, further comprising a single guide key and a corresponding keyway separately installed in the male and female connectors.

US 7,063,549 B1

5

**13.** The electric connection assembly of power supply according to claim **12**, wherein the power connecting panel has a plurality of installing holes into which the first components are inserted, the holes being sized so that the first components directly contact the power connecting panel.

**14.** The electric connection assembly of power supply according to claim **13**, wherein the male connector passes through the interior face of the first component but the first component otherwise is closed.

6

**15.** The electric connection assembly of power supply according to claim **1**, further comprising a free space provided between the interior face of the first component and the forward side of the female connector.

**16.** The electric connection assembly of power supply according to claim **1**, wherein the male connector passes through the interior face of the first component but the first component otherwise is closed.

\*    \*    \*    \*    \*