1  Daniel S. Mount (State Bar No. 077517)
   Kevin M. Pasquinelli (State Bar No. 246985)
2  MOUNT & STOELKER
   RiverPark Tower, Suite 1650
3  333 West San Carlos Street
   San Jose, CA 95110
4  Tel.: (408) 279-7000
5  Fax: (408) 998-1473

6  Attorneys for Plaintiff
   TOPOWER COMPUTER INDUSTRIAL CO., LTD.
7

8  Richard A. Ergo (State Bar No. 110487)
   Kenneth G. Jones (State Bar No. 196868)
9  Cathleen S. Huang (State Bar No. 219554)
   Bowles & Verna, LLP
10 2121 N. California Blvd., Suite 875
   Walnut Creek, California 94596
11 Tel.:(925) 935-3300
12 Fax: (925) 935-0371
   Attorneys for Defendants
13 XION, INC. aka AXPERTEC, INC.;
   KWI TECHNOLOGY, INC.;
14 SUPER-FLOWER COMPUTER, INC.

15

16                    IN THE UNITED STATES DISTRICT COURT FOR THE
                          NORTHERN DISTRICT OF CALIFORNIA
17                                  OAKLAND DIVISION

18

| | |
|---|---|
| 19  TOPOWER COMPUTER INDUSTRIAL CO., LTD. | Civil Case No.:  C08-03584 WDB |
| 20            Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CMC** |
| 21  vs. | |
| 22  XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; | Judge: Honorable Wayne D. Brazil Complaint Filed:7/25/2008 |
| 23  HIGH PERFORMANCE ENTERPRISE, PLC d/b/a/ HIGH PERFORMANCE GROUP aka HIPER GROUP; HIGH PERFORMANCE GROUP, INC. d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; SUPER-FLOWER COMPUTER, INC. | Trail Date: None Set |
| 27            Defendants. | |

28

## STIPULATION

Plaintiff, Topower Computer Industrial Co., Ltd. ("Topower"), by and through its counsel of record, Mount & Stoelker, P.C. ("M&S") and XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; and SUPER-FLOWER COMPUTER, INC.("Defendants") by and through their counsel of record, Bowles & Verna, LLP ("B&V"), do hereby stipulate and agree as follows:

Whereas the parties wish to continue negotiations and discussions with their clients prior to the initial CMC currently scheduled for 11/7/2008 in Courtroom 4 at 4:00 P.M., the parties request court approval of the following case schedule

1. The initial CMC before the Honorable Wayne D. Brazil will be held on 11/19/2008 at 4:00 P.M. in courtroom 4 in Oakland, CA.

2. The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement is 11/12/2008.

3. Deadlines under the Patent Local Rules will be calculated relative to this new initial CMC date of 11/19/2008, unless it is subsequently changed.

Dated: October 17, 2008                    MOUNT & STOELKER

                                    By:    /s/ Kevin M. Pasquinelli
                                           Daniel S. Mount
                                           Kevin M. Pasquinelli

                                           Attorneys for Plaintiff
                                           Topower Computer Industrial Co. Ltd.

Dated: October 17, 2008                    Bowles & Verna

                                    By:    /s/ Kenneth G. Jones
                                           Kenneth G. Jones
                                           Attorneys for Defendants
                                           XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; and SUPER-FLOWER COMPUTER, INC.

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefore, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: __October 27__, 2008

By: /s/ Wayne D. Brazil
Honorable Wayne D. Brazil
U.S. Magistrate Judge

Mount & Stoelker
RiverPark Tower, Suite 1650
333 West San Carlos
San Jose, California 95110-2711
Telephone (408) 279-7000

Stipulation re Initial CMC and Related Deadlines

Case No. C08-03584 WDB