KENNETH G. JONES #196868
CATHLEEN S. HUANG #219554
BOWLES & VERNA, LLP
2121 N. California Boulevard Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
kjones@bowlesverna.com
chuang@bowlesverna.com

Attorneys for Defendants Xion, Inc.
aka Axpertec, Inc., KWI Technology,
Inc. and Super-Flower Computer, Inc.

Daniel S. Mount (State Bar No. 077517)
Kevin M. Pasquinelli (State Bar No. 246985)
MOUNT & STOELKER
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Plaintiff
TOPOWER COMPUTER INDUSTRIAL CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-1-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE          C08-03584 BZ

| | |
|---|---|
| TOPOWER COMPUTER INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; HIGH PERFORMANCE ENTERPRISE, PLC d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; HIGH PERFORMANCE GROUP, INC. d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; SUPER-FLOWER COMPUTER, INC., <br><br> Defendants. | Case No. C08-03584 WB <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE** <br><br> Hon. Wayne Brazil |

Pursuant to Local Civil Rule 6-2, Defendants XION, INC. aka AXPERTEC, INC., KWI TECHNOLOGY, INC., and SUPER-FLOWER COMPUTER, INC. ("together, "Defendants") and Plaintiff TOPOWER COMPUTER INDUSTRIAL CO., LTD. ("Topower") hereby stipulate and agree that the deadline for Defendants to file a response to Topower's Complaint, as well as the time for Defendants to file a counterclaim, if any, be extended to November 3, 2008. Super-Flower is a Taiwanese-based company. There is a meeting between counsel and the client in late October. Counsel would like to discuss this case with the client face to face before filing responsive papers.

A declaration in support of this stipulated request is attached.

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE    C08-03584 BZ

1  Dated: October 17, 2008                     BOWLES & VERNA LLP
2
3
4                                              By _____
                                                  RICHARD A. ERGO
5                                                 KENNETH G. JONES
                                                  CATHLEEN S. HUANG
6                                              Attorneys for Defendants Xion, Inc.
                                               aka Axpertec, Inc., KWI Technology, Inc.
7                                              and Super-Flower Computer, Inc.
8
9  Dated: October 17, 2008                     MOUNT & STOELKER

10                                      By:   /s/ Kevin M. Pasquinelli
                                               Daniel S. Mount
11                                             Kevin M. Pasquinelli

12                                             Attorneys for Plaintiff
                                               Topower Computer Industrial Co. Ltd.
13

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-3-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE                C08-03584 BZ

## ORDER

The deadline for Defendants XION, INC. aka AXPERTEC, INC., KWI TECHNOLOGY, INC., and SUPER-FLOWER COMPUTER, INC. (together, "Defendants") to file a response to the complaint of Plaintiff TOPOWER COMPUTER INDUSTRIAL CO., LTD. ("Topower"), as well as the time for Defendants to file a counterclaim, if any, is extended to November 3, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/27, 2008        _____
                           Hon. Wayne D. Brazil

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-4-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE        C08-03584 BZ

## DECLARATION OF KENNETH G. JONES

I, Kenneth G. Jones, declare:

1. I am an attorney at law duly authorized to practice in this court. I am a partner at Bowles & Verna LLP and counsel of record for Defendants XION, INC. aka AXPERTEC, INC., KWI TECHNOLOGY, INC., and SUPER-FLOWER COMPUTER, INC. (together, "Defendants").

2. Super-Flower is a Taiwanese-based company. I will be travelling to Taipei to discuss this matter with my clients during the week of October 27, 2008. Consequently, I respectfully request that an brief extension to my clients' response deadline be granted so as to allow these face to face meetings to occur before a response is filed with the Court.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed on October 16, 2008, in San Francisco, California.

_____
Kenneth G. Jones

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-5-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE    C08-03584 BZ