UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOPOWER,

          Plaintiff(s).

   v.

XION, INC., et al.

          Defendants.

_____/

No. C 08-3584 WDB

ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE

On December 10, 2008, counsel for the parties appeared by telephone for a further Case Management Conference ("CMC"). Since the last CMC, Plaintiffs Tagan and Topower Computer USA have entered their consents and all parties now consent to the jurisdiction of the undersigned.

Preliminarily, counsel for Plaintiffs informed the Court that, because there is very similar litigation ongoing in Taiwan on the same patents between the same parties, his clients were not amenable to proceeding with serious settlement efforts in this action at this time and prefer for the case to proceed in the standard format as set forth in the Patent Local Rules. Counsel for Plaintiffs and Defendants both agreed that the Court should set a date in January, 2009, as the date from which disclosures under the Patent Local Rule would run.

Accordingly, the Court now deems January 12, 2009, as the date for the Initial Case Management Conference for scheduling purposes under the Patent Local Rules. The parties are required to follow the Patent Local Rules, and the timing set forth therein, for the disclosure of asserted claims and infringement contentions, the production of documents, and all other required disclosures and events under the Rules.

1  Assuming the case is not resolved before a *Markman* hearing, the undersigned would
2  like to discuss the contours of such a hearing with counsel approximately ten days after the
3  parties have exchanged their claim construction contentions. Accordingly, counsel must
4  appear for a further telephonic status conference on **May 20, 2009, at 1:30 p.m.** To appear
5  for the conference, Defendants' counsel, Kenneth Jones, must initiate the conference call, get
6  Plaintiffs' counsel on the line, and call the courtroom at (510) 637-3909. If counsel feel that
7  an alternate date — before or after May 20, 2009 — would better suit the purpose of
8  discussing the claim construction contentions likely to be at issue in a *Markman* hearing,
9  counsel should so inform the undersigned in writing and should suggest a new date for the
10 status conference.

11 Defendants must file and serve their Answer by no later than January 8, 2009.

12 If the action is resolved prior to May 20, 2009, counsel for Plaintiffs must promptly
13 notify the undersigned by calling (510) 637-3324.

15 IT IS SO ORDERED.

16 Dated:   December 11, 2008

18 WAYNE D. BRAZIL
United States Magistrate Judge

2