Daniel S. Mount (State Bar No. 077517)
Kevin M. Pasquinelli (State Bar No. 246985)
MOUNT & STOELKER
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff/Cross-Defendants
TOPOWER COMPUTER INDUSTRIAL CO., LTD.,
TOPOWER COMPUTER (USA), INC.,
TAGAN TECHNOLOGY CO.

Richard A. Ergo (State Bar No. 110487)
Kenneth G. Jones (State Bar No. 196868)
Cathleen S. Huang (State Bar No. 219554)
Thomas E. Marrs (State Bar No. 252485)
Bowles & Verna, LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Tel.:(925) 935-3300
Fax: (925) 935-0371
Attorneys for Defendants
XION, INC. aka AXPERTEC, INC.;
KWI TECHNOLOGY, INC.;
SUPER-FLOWER COMPUTER, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TOPOWER COMPUTER INDUSTRIAL CO., LTD.<br><br>Plaintiff,<br><br>vs.<br><br>XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; HIGH PERFORMANCE ENTERPRISE, PLC d/b/a/ HIGH PERFORMANCE GROUP aka HIPER GROUP; HIGH PERFORMANCE GROUP, INC. d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; SUPER-FLOWER COMPUTER, INC.<br><br>Defendants.<br><br>SUPER-FLOWER COMPUTER, INC.<br><br>Counter Claimant,<br><br>vs.<br><br>TOPOWER COMPUTER INDUSTRIAL CO., LTD., TOPOWER COMPUTER (USA), INC., TAGAN TECHNOLOGY CO.<br><br>Counter Defendants | Civil Case No.: C08-03584 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER TO PATENT RULE DEADLINES**<br><br>Judge: Honorable Wayne D. Brazil<br>Complaint Filed:7/25/2008<br>Trail Date: None Set |

## STIPULATION

Plaintiff, Topower Computer Industrial Co., Ltd. ("Topower" or "Plaintiff"), Topower Computer (USA) ("Topower USA"), and Tagan Technology Co. ("Tagan") (collectively "Counter Defendants") by and through its counsel of record, Mount & Stoelker, P.C. ("M&S") and XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; and SUPER-FLOWER COMPUTER, INC.(collectively "Defendants") by and through their counsel of record, Bowles & Verna, LLP ("B&V"), (Defendants and Counter Defendants jointly referred to as the "Parties")do hereby stipulate and agree as follows:

This Court issued an order on 12/11/2008 setting January 12, 2009 as the CMC date for scheduling purposes under the Patent Local Rules. As such, term constructions, under Patent Local Rule 4-2, are due by April 15, 2009. In good faith, to further potential settlement discussions, the Parties have agreed to delay this deadline until April 22, 2009.

All other deadlines under the Patent Local Rules and the order of this court remain the same.

Dated: April 14, 2009                            MOUNT & STOELKER. P.C.

                                       By:      /s/ Kevin M. Pasquinelli
                                                Daniel S. Mount
                                                Kevin M. Pasquinelli

                                                Attorneys for Plaintiff and Counter-Defendants
                                                Topower Computer Industrial Co. Ltd.., Topower
                                                Computer (USA), Inc., Tagan Technology Co.


Dated: April 14, 2009                            Bowles & Verna

                                       By:      /s/ Thomas Marrs
                                                Thomas E. Marrs
                                                Attorneys for Defendants and Counter Claimants
                                                XION, INC. aka AXPERTEC, INC.; KWI
                                                TECHNOLOGY, INC.; and SUPER-FLOWER
                                                COMPUTER, INC.

Stipulation and Proposed Order re Patent Rule Deadlines                                        2

**ORDER**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefore, the Court enters the Stipulation as an Order of the Court.

IT IS SO ORDERED.

Dated: ____April 14____, 2009

