Daniel S. Mount (State Bar No. 077517)
Kevin M. Pasquinelli (State Bar No. 246985)
MOUNT & STOELKER
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Tel.: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff /Cross-Defendants
TOPOWER COMPUTER INDUSTRIAL CO., LTD.,
TOPOWER COMPUTER (USA), INC.,
TAGAN TECHNOLOGY CO.

Richard A. Ergo (State Bar No. 110487)
Kenneth G. Jones (State Bar No. 196868)
Cathleen S. Huang (State Bar No. 219554)
Thomas E. Marrs (State Bar No. 252485)
Bowles & Verna, LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Tel.(925) 935-3300
Fax: (925) 935-0371
Attorneys for Defendants
XION, INC. aka AXPERTEC, INC.;
KWI TECHNOLOGY, INC.;
SUPER-FLOWER COMPUTER, INC.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TOPOWER COMPUTER INDUSTRIAL CO., LTD.<br><br>            Plaintiff,<br><br>vs.<br><br>XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; HIGH PERFORMANCE ENTERPRISE, PLC d/b/a/ HIGH PERFORMANCE GROUP aka HIPER GROUP; HIGH PERFORMANCE GROUP, INC. d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; SUPER-FLOWER COMPUTER, INC.<br><br>            Defendants.<br><br>SUPER-FLOWER COMPUTER, INC.<br><br>            Counter Claimant,<br><br>vs.<br><br>TOPOWER COMPUTER INDUSTRIAL CO., LTD., TOPOWER COMPUTER (USA), INC., TAGAN TECHNOLOGY CO.<br><br>            Counter Defendants | Civil Case No.:  C08-03584 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER TO PATENT RULE DEADLINES**<br> AS MODIFIED<br>Judge: Honorable Wayne D. Brazil<br>Complaint Filed:7/25/2008<br>Trail Date: None Set |

Stipulation and Proposed Order re Patent Rule Deadlines                                                                                          1

## STIPULATION

Plaintiff, Topower Computer Industrial Co., Ltd. ("Topower" or "Plaintiff"), Topower Computer (USA) ("Topower USA"), and Tagan Technology Co. ("Tagan") (collectively "Counter Defendants") by and through its counsel of record, Mount & Stoelker, P.C. ("M&S") and XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; and SUPER-FLOWER COMPUTER, INC.(collectively "Defendants") by and through their counsel of record, Bowles & Verna, LLP ("B&V"), (Defendants and Counter Defendants jointly referred to as the "Parties")do hereby stipulate and agree as follows:

Whereas, this Court issued an order on 12/11/2008 setting January 12, 2009 as the CMC date for scheduling purposes under the Patent Local Rules.

As such, joint claim constructions and prehearing statements are due Friday, May 15, 2009, and the discovery deadline for claim construction is set for Monday, June 15, 2009. Further, a Status Conference is scheduled for May 20, 2009 at 1:30 PM.

Whereas, the Parties have scheduled to a joint mediation session on June 16, 2009.

In good faith, to further the success of the joint mediation session, the Parties have agreed to delay the deadline for filing the joint claim construction and prehearing statements until June 19, 2009, and delay the discovery deadline for claim construction until July 20, 2009.

All other deadlines under the Patent Local Rules and the order of this court remain the same.

Dated: May 8, 2009　　　　　　　　　　　　MOUNT & STOELKER. P.C.

　　　　　　　　　　　　　　　　　　By:　　/s/ Kevin M. Pasquinelli
　　　　　　　　　　　　　　　　　　　　　Daniel S. Mount
　　　　　　　　　　　　　　　　　　　　　Kevin M. Pasquinelli

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and Counter-Defendants
　　　　　　　　　　　　　　　　　　　　　Topower Computer Industrial Co. Ltd.., Topower
　　　　　　　　　　　　　　　　　　　　　Computer (USA), Inc., Tagan Technology Co.

Dated: May 8, 2009　　　　　　　　　　　　Bowles & Verna

　　　　　　　　　　　　　　　　　　By:　　/s/ Thomas Marrs
　　　　　　　　　　　　　　　　　　　　　Thomas E. Marrs
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants and Counter Claimants

Stipulation and Proposed Order re Patent Rule Deadlines　　　　　　　　　　　　　　2

XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; and SUPER-FLOWER COMPUTER, INC.

## ORDER

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefore, the Court enters the Stipulation as an Order of the Court. Defense counsel will initiate the conference call to the Court at 510-637-3909 for the further status conference on 5/20/09 at 1:30 pm. IT IS SO ORDERED.

Dated: __May 8_____, 2009        By: _____

Honorable Wayne D. Brazil
U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Wayne D. Brazil
Judge Wayne D. Brazil

Stipulation and Proposed Order re Patent Rule Deadlines                    4