IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPOWER COMPUTER INDUSTRIAL CO., LTD.<br><br>                Plaintiff,<br><br>vs.<br><br>XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; HIGH PERFORMANCE ENTERPRISE, PLC d/b/a/ HIGH PERFORMANCE GROUP aka HIPER GROUP; HIGH PERFORMANCE GROUP, INC. d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; SUPER-FLOWER COMPUTER, INC.<br><br>                Defendants. | Civil Case No.: C08-03584 WDB<br><br>[PROPOSED] FINAL ORDER AND JUDGMENT |

Upon good cause appearing and stipulation by Plaintiff TOPOWER COMPUTER INDUSTRIAL CO. ("Topower") on the one hand, and Defendant High Performance Enterprise PLC d/b/a High Performance Group aka Hiper Group ("HiperUK"), and High Performance Group, Inc. d/b/a High Performance Group aka Hiper Group ("HiperUSA") (collectively "HIPER") on the other,

IT IS HEREBY ORDERED AND ADJUDGED:

(1) That HIPER, its directors, officers, agents and employees, and those acting in privity or concert with them, and each of them, shall not manufacture, use sell, or offer to sell any device claimed in U.S. Patent No. 7,063,549 ("the '549 Patent") for the remaining term of the patent in the United States or its territories;

(2) That, for the remaining term of US Patent No. 7,063,549, HIPER, its directors, officers, agents and employees, and those acting in privity or concert with them, and each of them, shall not manufacture, use, sell or offer to sell, within the United States:

      (a) Hiper Type R 730W (HPU-4S730), Type R 580W (HPU-4K580, HPU-4B580, HPU-4R580, HPU-4S580), Type R 530W (HPU-4K530), ("Accused Products")

        (b)    any other device that comes within the claims of U.S. Patent No. 7,063,549, or any other device comprising elements which perform substantially the same function in substantially the same way to obtain substantially the same result as the elements defined in the claims in U.S. Patent No. 7,063,549;

        (3)    That this court shall retain jurisdiction to enforce this order.

(4)  Pursuant to Plaintiff's request, and acknowledging that the HIPER Defendants have not been served, IT IS HEREBY ORDERED that the action against the HIPER Defendants is DISMISSED WITH PREJUDICE.

Dated: _____ June 9 __, 2009

                                                    _____
                                                    Hon. Wayne D. Brazil
                                                    U.S. Magistrate Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: "IT IS SO ORDERED AS MODIFIED" signed Wayne D. Brazil, Judge Wayne D. Brazil]*