IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOPPOWER COMPUTER INDUSTRIAL CO.,

        Plaintiff,

  v.

XION, INC., ET AL.,

        Defendants.
_____/

No. C 08-03584 WDB

**ORDER OF REASSIGNMENT**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has elected reassignment to a United States District Judge in advance of the undersigned's retirement on October 2, 2009.

    Any deadlines previously set by the Court are hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 29, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge