UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOPOWER COMPUTER INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> XION, INC., et al., <br><br> Defendants. | Case No: C 08-3584 SBA <br><br> Related to: C 09-3129 SBA <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

Plaintiffs' Motion to Consolidate Related Cases is scheduled for hearing on December 15, 2009. To expedite resolution of the motion,

IT IS HEREBY ORDERED THAT Defendants shall file their response (not to exceed 8 pages) to Plaintiff's motion by **November 11, 2009**, and Plaintiffs shall file their reply (not to exceed 5 pages) by **November 18, 2009**. Pursuant to Federal Rule of Civil Procedure 78(b), the Court may resolve the motion without oral argument. The parties are advised to check the Court's website to determine whether an appearance on the motion is required.

IT IS SO ORDERED.

Dated: October 27, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge