UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| TOPOWER COMPUTER INDUSTRIAL CO., LTD., <br><br>  Plaintiff, <br><br> vs. <br><br> XION, INC., et al., <br><br>  Defendants. | Case No: C 08-3584 SBA <br><br> Related to: C 09-3129 SBA <br><br> **ORDER DENYING REQUEST TO STAY ACTION** |
|---|---|

The Court has read and considered the parties' stipulated request to stay the instant action, which has been pending since July 25, 2008. The Court, in its discretion, declines the stay this case. Accordingly,

IT IS HEREBY ORDERED THAT the stipulated request to stay the litigation is DENIED.

IT IS SO ORDERED.

Dated: January 25, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge