KENNETH G. JONES #196868
CATHLEEN S. HUANG #219554
BOWLES & VERNA, LLP
2121 N. California Boulevard Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
kjones@bowlesverna.com

Attorneys for Defendants Xion, Inc. aka Axpertec, Inc., KWI Technology, Inc. and Super-Flower Computer, Inc.

Daniel S. Mount, Esq. (State Bar No. 77517)
Kathryn G. Spelman, Esq. (State Bar No. 154512)
Kevin Pasquinelli, Esq. (State Bar No. 246985)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Tel: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Plaintiff and Counter-Defendants Topower Computer Industrial Co. Ltd.., Topower Computer (USA), Inc., Tagan Technology Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPOWER COMPUTER INDUSTRIAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; HIGH PERFORMANCE ENTERPRISE, PLC d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; HIGH PERFORMANCE GROUP, INC. d/b/a HIGH PERFORMANCE GROUP aka HIPER GROUP; SUPER-FLOWER COMPUTER, INC., <br><br> Defendants. | Case No. C08-03584 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS THE LITIGATION** |

The parties, through their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, the parties to this action (Case No. C08-03584 SBA, hereinafter referred to as "the U.S. Action") have participated in mediation and attempted to settle this dispute in good faith.

2. WHEREAS, there is another action involving the same parties in Taiwan, regarding Taiwanese patents (hereinafter referred to as "the Taiwan Action".) The parties reasonably expect the Taiwan Action to resolve within six months.

3. WHEREAS, the parties in good faith believe that a resolution of the Taiwan Action is required in order to continue good faith settlement discussions in the U.S. Action.

**IT IS HEREBY STIPULATED AND AGREED:**

1. All proceedings in the U.S. Action, including discovery, trial setting, and trial, are hereby DIMISSED WITHOUT PREJUDICE.
2. The parties will not refile claims against each other in the U.S. based on the patents asserted in the U.S. Action until the final resolution of the Taiwan Action.

**SO STIPULATED.**

Dated: February 8, 2010          MOUNT & STOELKER. P.C.

By:    /s/ Kevin M. Pasquinelli
Daniel S. Mount
Kevin M. Pasquinelli
Attorneys for Plaintiff and Counter-Defendants Topower Computer Industrial Co. Ltd.., Topower Computer (USA), Inc., Tagan Technology Co.

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

| | | |
|---|---|---|
| Dated: February 8, 2010 | | BOWLES & VERNA |
| | By: | /s/ Cathleen S. Huang<br>Kenneth G. Jones<br>Cathleen S. Huang<br>Thomas E. Marrs<br>Attorneys for Defendants and Counter Claimants XION, INC. aka AXPERTEC, INC.; KWI TECHNOLOGY, INC.; and SUPER-FLOWER COMPUTER, INC. |

**IT IS SO ORDERED.**

Dated: 2/9 , 2010

*[signature]*
**Honorable Saundra Brown Armstrong**
**Federal District Court Judge**

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-3-
STIPULATION AND [PROPOSED] ORDER TO DISMISS THE LITIGATION          C08-03584 SBA